UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CERTAIN UNDERWRITERS AT LLOYD'S          CIVIL ACTION NO.  6:19-CV-00817

VERSUS                                   JUDGE JUNEAU

LAFAYETTE HEALTH VENTURES INC ET AL      MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

THIS MATTER came before the Court on November 20, 2019 for oral argument on the

Motion for Partial Summary Judgment by Lafayette General Health System Inc, Lafayette General

Medical Center Inc, Lafayette Health Ventures Inc, and Al Patin, Rec. Doc. [15], which is opposed

by Certain Underwriters at Lloyds, Rec. Doc. [22].

After reviewing the evidence, the memoranda filed by the parties and the applicable law,

and after hearing the arguments of counsel, the Court has determined that there are genuine

issues of fact which preclude summary judgment.

Accordingly, for the reasons orally assigned at the hearing;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Partial

Summary Judgment, Rec. Doc. [15], be and hereby is DENIED with each party to bear its own

costs.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 20th day of November, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE