UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, *Plaintiff* <br><br> v. <br><br> LAFAYETTE HEALTH VENTURES, INC., LAFAYETTE GENERAL HEALTH SYSTEM, INC., LAFAYETTE GENERAL MEDICAL CENTER, INC., and AL PATIN, *Defendants* | CIVIL ACTION NO. 19-cv-00817 <br><br> JUDGE: <br>    HON. MICHAEL J. JUNEAU <br><br> MAGISTRATE JUDGE: <br>    HON. CAROL B. WHITEHURST |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between:

Plaintiff, Certain Underwriters at Lloyd's subscribing to Policy Number W205D7170101, which are members of underwriting syndicate numbers 2623 and 623 managed by Beazley Furlonge Ltd. ("Underwriters"); and

Defendants, Lafayette Health Ventures, Inc., Lafayette General Health System, Inc., Lafayette General Medical Center, Inc., and Al Patin ("Defendants"),

appearing herein through their respective undersigned counsel of record:

That the above-entitled lawsuit, including all claims of Underwriters, as set forth in its original complaint (Rec. Doc. 1, filed June 26, 2019), and all claims of Defendants, as set forth in their answer and cross-claim (Rec. Doc. 12, filed September 11, 2019), and

any and all amendments thereof, if any, and any and all other claims and/or pending motions, if any, are hereby DISMISSED, in their entirety, WITH PREJUDICE, as to all parties, each party to bear its own costs, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This joint stipulation of dismissal is made by the parties upon the basis that all claims and differences between and amongst them made the subject of the captioned litigation have been amicably compromised and settled, all in accordance with that confidential "Receipt, Release and Settlement Agreement" that was agreed and executed by the said parties on March 24, 2020.

Respectfully submitted this 8th day of April, 2020:

/s/ Charles E. Leche

_____
Frederic Theodore Le Clercq, (La. # 23517)
Charles E. Leche, T.A.  (LA # 08218)
Deutsch Kerrigan, LLP
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:   504 581 5141
Email: ted@deutschkerrigan.com
Email: cleche@deutschkerrigan.com
Counsel for Underwriters

[this Joint Stipulation of Dismissal is continued on the next page]

*/s/ James H. Gibson*

_____
James H. Gibson, T.A. (La. # 14285)
Jacquelyn L. Duhon (La. # 38199)
2448 Johnston Street (70533)
P. O. Box 52124
Lafayette, Louisiana 70505
Telephone:   337 761 6023
Email: jimgibson@gibsonlawpartners.com
Email: jackieduhon@gibsonlawpartners.com
Counsel for Defendants